UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
APR -1 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| DEANDRE MCCLELLAND, | ) |
| Defendant. | ) |

4:20CR211 RWS/NCC

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 13, 2020, in St. Louis County, within the Eastern District of Missouri,

**DEANDRE MCCLELLAND,**

the Defendant herein, knowingly and intentionally possessed with the intent to distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about January 14, 2020, in St. Louis County, within the Eastern District of Missouri,

**DEANDRE MCCLELLAND,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JAMES REDD, #66172(MO)
Assistant United States Attorney